William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 6977—Claimant ▮)

Texaco, Inc., Claimant, *vs.* State of Illinois, Department of Conservation, Respondent.

*Opinion filed August 6, 1973.*

Texaco, Inc., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.